UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ODALIZ ZAMORA, ADAN ANTONIO, CUTBERTO ESCANDON, ANDRES LOPEZ, BENANCIO MATEO, GUADALUPE LOPEZ, MARICIO ARIOLA, aka Manuel Batist, KIMBERLY RUIZ, ARMANDO CARRILLO, ROSAILA DEL PORTE, MIGUEL PEREZ LOPEZ, SANTOS PEREZ LOPEZ, AGUSTINA DECUESTA, NETALI MATEO, SANTOS GARCIA,

                Plaintiffs,

vs.                              Case No.  2:08-cv-539-FtM-29DNF

EAST COAST RIGHT OF WAY MAINTENANCE, INC., a Florida for-profit corporation, ROBERT W. SMITH, MICHAEL DELUCA,

                Defendants.
_____

**OPINION AND ORDER**

     This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #23), filed October 7, 2008, recommending that defendants' Motion to Abate Litigation and Compel Arbitration (Doc. #4) be denied and the case proceed.  No objections have been filed and the time to do so has expired.

     After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific

objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #23) is hereby **adopted** and the findings specifically incorporated herein.

2. Defendants' Motion to Abate Litigation and Compel Arbitration (Doc. #4) is **DENIED.**

**DONE AND ORDERED** at Fort Myers, Florida, this __23rd__ day of October, 2008.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record